FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.
2012 OCT 31 PM 4:15
CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

MICHAEL LEE BOYKINS,

    Plaintiff,

vs.

CIVIL ACTION NO.: CV212-127

DR. PETER LIBERO; TOM ELLIS;
FRANK ADAIR; and ANTHONY
HAYNES,

    Defendants.

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Plaintiff asserts that he informed Defendants Haynes and Ellis, through the administrative remedy process, of the problems he experienced with the medical staff at the Federal Satellite Low Facility in Jesup, Georgia. However, an allegation that a grievance was filed with supervisory personnel is an insufficient basis for liability in a Bivens cause of action. See Asad v. Crosby, 158 F. App'x 166, 170-72 (11th Cir. 2005) (affirming the district court's dismissal of the plaintiff's claims that two defendants holding supervisory positions based, in part, on the plaintiff's assertion that these defendants should be liable based on the denial of administrative relief); see also, Clayton v. Alston, No. CV309-042, 2009 WL 3483805, at *5 n.5 (S.D. Ga. Oct. 28, 2009); Pressley v. Beard, No. 3:CV-04-2535, 2005 WL 2347369, at *4

(M.D. Pa. Sept. 26, 2005) (noting that liability cannot be placed on prison officials because officials failed to take corrective action following the plaintiff's unsuccessful grievance).

Plaintiff's Objections are **overruled**. The Magistrate Judge's Report and Recommendation, as supplemented herein, is adopted as the opinion of the Court. Plaintiff's claims against Defendants Haynes and Ellis are **DISMISSED**, with prejudice. Plaintiff's claim stemming from his contention that he sought medical treatment for his ulcers on January 12, 2012, are **DISMISSED**, without prejudice.

**SO ORDERED**, this 31 day of October, 2012.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)