# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### BRUNSWICK DIVISION

MICHAEL LEE BOYKINS,                    :
                                        :
                  Plaintiff,            :
                                        :
        vs.                             :       CIVIL ACTION NO.: CV212-127
                                        :
                                        :
DR. PETER LIBERO                        :
and FRANK ADAIR,                        :
                                        :
                  Defendants.           :

## O R D E R

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Plaintiff primarily copies the language of the Report, with one exception. Plaintiff asserts that at the time he first sought treatment for his alleged spider bite, Defendant Adair "stated that 'this is not the time for sick call, and the lieutenant is not a doctor to tell him when to administer medical treatment', that the plaintiff needed to sign up for sick call, and have a good day!" (Doc. No. 23, p. 4). Plaintiff contends this allegation demonstrates that Defendants Adair and Libero were deliberately indifferent to his serious medical need.

Even taking Plaintiff's newest allegation as true, the deficiency in his deliberate indifference claim is not cured. Plaintiff has failed to establish that Defendants acted with deliberate indifference. Plaintiff's allegation does not alter the Magistrate Judge's determination that, "[a]t no time did Defendant Libero or Defendant Adair subjectively

know about a risk of serious harm to the Plaintiff or disregard that risk." (Doc. No. 21, p.8). "It is legally insufficient to sustain a cause of action for deliberate indifference to serious medical needs simply because the inmate did not receive the medical attention he deemed appropriate." Abel v. Lappin, 661 F. Supp.2d 1361, 1373 (S.D. Ga. 2009).

Based on the foregoing, Plaintiff's Objections are **overruled**. The Magistrate Judge's Report and Recommendation, as supplemented herein, is adopted as the opinion of the Court. Defendants' Motion to Dismiss is **GRANTED**. Thus, Plaintiff's Complaint is **DISMISSED**, with prejudice. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this ⟨29⟩ day of ⟨March⟩, 2013.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA